# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH L. KIRKLAND, 07824-025, ) <br> ) <br> Petitioner/Defendant, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES of AMERICA, ) <br> ) <br> Respondent/Plaintiff. ) | CIVIL NO. 10-cv-958-MJR <br><br> CRIMINAL NO. 07-cr-30137-MJR |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. Petitioner was found guilty of possession with intent to distribute 50 grams or more of cocaine base in violation of 21 U.S.C. § 841(a)(1). On April 30, 2008, Petitioner was sentenced to 240 months of imprisonment, 10 years of supervised release, a fine of $500, and a special assessment of $100. Petitioner's conviction and sentence were affirmed on direct appeal. *United States v. Kirkland*, 567 F.3d 316 (7th Cir. 2009). Petitioner's application for a writ of certiorari to the Supreme Court of the United States was denied. *Kirkland v. United States*, 130 S.Ct. 1120 (2010).

In his Section 2255 motion, Petitioner raises an ineffective assistance of counsel claim. Specifically, Petitioner claims that counsel was ineffective for failing to file a motion to suppress the confession Petitioner made to DEA Agent Rigel. Petitioner made this confession after being detained for over 48 hours, and prior to Petitioner being brought before a magistrate judge for a probable cause hearing, as required by Federal Rules of Criminal Procedure 5(a).

The Court **ORDERS** the Government to file a response to Petitioner's motion within

**THIRTY (30) DAYS** of the date of this Order (on or before April 27, 2011). The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED**.

**DATED:      March 28, 2011**

                                        **/s/ MICHAEL J. REAGAN**
                                        **DISTRICT JUDGE**