IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KENNETH L. KIRKLAND**, )
)
       Petitioner, )
)
V. ) Case No. **10-cv-958 -MJR**
)
**UNITED STATES OF AMERICA**, )
)
       Respondent. )

# ORDER

**REAGAN, District Judge:**

Before the Court is Petitioner Kirkland's pro se motion that is captioned as seeking leave to file an amended or supplemental pleading (Doc. 3). Petitioner seeks 90 days, from whenever the government files its response to the petition to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255, to file a reply and file an amended Section 2255 petition. Kirkland cites his pro se status and need to work with a "jailhouse lawyer" as cause for the requested extension of time.

A review of the record reveals that the government's response to the Section 2255 petition is due April 27, 2011. Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts, permits, but does not require Petitioner Kirkland to file a reply. In recognition of Kirkland's pro se status, the Court will allot 90 days for him to file a reply to the government's response to the petition.

Insofar as Kirkland seeks leave to file an amended Section 2255 petition, he has not shown good cause for doing so, nor has he submitted a proposed amended petition, which is required

1

by Local Rule 15.1. Therefore, the Court cannot discern why amendment of the petition could be warranted. The Court will not give Kirkland free rein to amend his petition just to present the government with a moving target.

**IT IS THEREFORE ORDERED** that petitioner Kirkland's motion (Doc. 3) is **GRANTED IN PART AND DENIED IN PART**. On or before **July 27, 2011**, Kirkland shall file his reply to the government's response to his Section 2255 petition. Kirkland is denied leave of Court to file an amended Section 2255 petition at this time; however, the Court remains open to a properly filed motion for leave to amend.

**IT IS SO ORDERED.**

**DATED: April 21, 2011**

                                            **s/ *Michael J. Reagan***
                                            **MICHAEL J. REAGAN**
                                            **UNITED STATES DISTRICT JUDGE**